# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

DIANA J. LIOTT,

REC'D APR 23 2026

Plaintiff,

v.

CITIZENS BANK, N.A.,

Defendant.

Civil Action No.: __________ (Assigned by Clerk)

---

# COMPLAINT

## 1. JURISDICTION

This Court has jurisdiction under 28 U.S.C. § 1331 and the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq. Plaintiff brings federal claims arising from unlawful employment discrimination, retaliation, and failure to accommodate.

---

## 2. PARTIES

Plaintiff Diana J. Liott is an individual residing in Pennsylvania.

Defendant Citizens Bank, N.A. is Plaintiff's former employer with principal operations located at One Citizens Plaza, Providence, Rhode Island 02903, and doing business in Pennsylvania.

# 3. STATEMENT OF FACTS

## A. Employment

Plaintiff was employed by Defendant as a bank teller from approximately August 2022 through December 1, 2023. Plaintiff performed satisfactorily and had no disciplinary issues prior to the events described.

## B. Workplace Injury and Medical Restrictions

On or about April 11, 2023, Plaintiff sustained a work-related injury and filed a workers' compensation claim. Plaintiff later returned to work under medical restrictions and light-duty status beginning approximately May 22, 2023.

Plaintiff was placed in a modified "lobby lead" role that did not reflect prior job duties and did not constitute a meaningful accommodation or long-term placement plan.

## C. Requests for Leave and Protected Activity

Plaintiff requested medical leave and/or disability-related accommodations during her treatment period. These requests constituted protected activity under federal law.

Following these requests, Plaintiff experienced adverse employment actions in close temporal proximity.

## D. Hostile Treatment and Change in Management

In or about August 2023, a new branch manager assumed oversight. Following this change, Plaintiff experienced:

- Hostile and disrespectful treatment
- Increased scrutiny
- Exclusion from workplace functions
- Reduction in job responsibilities

Plaintiff believed this treatment was based on disability status and prior protected activity.

## E. Internal Complaint and Retaliation

On or about September 20, 2023, Plaintiff submitted a formal internal complaint reporting harassment, discrimination, and requested transfer.

Shortly thereafter, Plaintiff received a "final written warning" despite having no prior disciplinary history. Plaintiff was informed, in substance, that the discipline was related to her complaint to higher management.

## F. HR Reporting and Failure to Accommodate

Plaintiff reported ongoing concerns to Human Resources and regional management. Defendant failed to:

- Conduct a meaningful investigation
- Address retaliation concerns
- Provide reasonable accommodation or reassignment options
- Engage in a good faith interactive process

## G. Permanent Restrictions and Accommodation Failure

On or about November 21, 2023, Plaintiff received permanent medical restrictions limiting repetitive use of her left hand.

Defendant failed to provide reasonable accommodation or suitable reassignment and instead directed Plaintiff to apply externally for other positions.

### H. Termination

On or about December 1, 2023, Plaintiff was terminated by management, with Defendant stating the position was "not a good fit."

Plaintiff alleges the termination:

- Occurred while accommodation issues remained unresolved
- Followed protected complaints and medical restrictions
- Was pretextual in nature
- Was issued by a decision-maker previously involved in Plaintiff's complaints

### I. Appeal

Plaintiff appealed the termination through HR channels. The appeal was denied without addressing discrimination or retaliation claims.

## 4. CLAIMS FOR RELIEF

### COUNT I – Disability Discrimination (ADA)

Defendant discriminated against Plaintiff based on disability by subjecting her to adverse employment actions and termination.

### COUNT II – Failure to Accommodate

Defendant failed to provide reasonable accommodation and failed to engage in the interactive process in good faith.

### COUNT III – Retaliation

Plaintiff engaged in protected activity, including filing workers' compensation claims and internal discrimination complaints. Defendant retaliated through discipline and termination.

### COUNT IV – Wrongful Termination (Pretext)

Plaintiff was terminated under pretextual reasoning while accommodation obligations remained unresolved.

### COUNT V – Constructive Discharge (Alternative Claim)

Defendant created or permitted intolerable working conditions that effectively forced Plaintiff's separation.

## 5. DAMAGES

Plaintiff seeks compensation for:

- Lost wages and benefits (beginning December 1, 2023 at approximately $20.09/hour, 40 hours/week)
- Back pay and front pay
- Emotional distress and mental anguish
- Medical and financial harm
- Punitive damages (where applicable)
- Attorney's fees and costs

## 6. RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

- Grant a jury trial
- Award monetary damages
- Declare Defendant's conduct unlawful under federal law

- Grant any further relief the Court deems just and proper

## 7. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## 8. SIGNATURE

Dated: 4/23/26

DIANA J. LIOTT

Signature of Plaintiff

LIOTT, Diana (id #6577199, dob: 11/14/1967)

PHILADELPHIA
HAND TO SHOULDER
CENTER

LIOTT, DIANA 11/14/67 #6577199

* 92135101w22724 ClinDoc

*PENNSYLVANIA: PHILADELPHIA ·MAIN LINE • MONTGOMERY COUNTY • BUCKS COUNTY • DELAWARE COUNTY •CHESTER COUNTY • LUZERNE COUNTY*
*NEW JERSEY: CHERRY HILL •CAPE MAY COURT HOUSE • HAMMONTON*

# WORK STATUS REPORT

**TO:** Chloe Wimbush **COMPANY:** Liberty Mutual
**FAX:** 888-925-8391 **CLAIM#:** WC390F45321
**Patient Name:** DIANA LIOTT
**Date of Injury:** 4-11-23 **Date of Visit:** 11-20-23
➢ **Diagnosis:** Sp. Ⓛ index finger pinning

➢ **Treatment Ordered:**
- ☐ Occupational/ Physical Therapy
- ☐ Diagnostic Studies Ordered:
  - ☐ EMG ☐ MRI ☐ CT ☐ Ultrasound ☐ Bone Scan
- ☐ Surgery- Date of proposed surgery:
- ☐ Other:

➢ **Work Status:** ____ Return to work full duty. Date: ____
X Return to work limited duty. Date: ____
Restrictions: MEDIUM LEVEL WORK ACTIVITIES
____ Cannot return to work
- no firm grasping or repetitive motion w/Ⓛ hand allowed
- permanent restrictions

➢ **Next Appointment Date:** ____ 1 week
____ 2 weeks
____ 3 - 5 weeks
____ 4-6 weeks
____ 6 - 8 weeks
____ Other: PRN

➢ **Discharged from Care:** Yes ✓ No ____

**Physician Signature:** [signature] **Date:** 11/20/2023

**cc:** ____ **Fax#** ____

Faxed: ☐ Yes ☐ No
Initials:

A. Lee Osterman, MD
David S. Zelouf, MD
Stephanie Sweet, MD
Mark S. Rekant, MD
Eon K. Shin, MD
Leonid I. Katolik, MD
Sidney M. Jacoby, MD
Rowena McBeath, MD, PhD
Thomas J. Gillon, MD
Meredith N. Osterman, MD
Patrick M. Kane, MD
Kenneth A. Kearns, MD
Adam B. Strohl, MD
Matthew S. Wilson, MD
Andrew J. Miller, MD
Praveen G. Murthy, MD
HAND2HOULDERCENTER.COM

# Transmission Log

Citizens Bank Branch Tuesday, 11-21-2023 10:32 2158911305

| Date | Time | Type | Job # | Length | Speed | Fax Name/Number | Pages | Status |
|---|---|---|---|---|---|---|---|---|
| 11-21-2023 | 10:29 | SCAN | 1435 | 2:55 | 9600 | | 2 | OK -- V.29 BM31 |

## DOCUMENT COVERSHEET

**This coversheet is for incoming customer provided documents and bank generated documents (without a bar code). It does not replace the bar-coded document coversheet that automatically prints from TouchPoint.**

If the documents include a Power of Attorney for an existing loan, follow instructions in DASY.

**Instructions:**

1. Gather and review all related documents to be sent for imaging; Signature Cards **DO NOT** require a coversheet.
2. Use one coversheet per customer; **DO NOT** co-mingle customer documents.
3. Complete all required fields with an asterisk (*) by typing in the spaces provided; **DO NOT** handwrite on the document.
4. Once completed, print, and close form to create additional coversheets; **DO NOT** save.
5. Secure supporting documents behind the coversheet using paperclips and/or binder clips; **DO NOT** staple.
6. Follow steps in the Scanning Paper Documents to be Imaged job aid
7. Retain a copy in the branch file until documents can be verified in Content Manager.

*Date 11/21/23

*Account Number(s):
Do not include dashes, hyphens, or periods. Each field can contain a maximum of (5) account numbers.
Each account number must be separated by a semi colon (;) – no spaces. (Example: 1234567890;0023456789)

TO: Alex Martinez-HR Case Mgr Fax# 833-382-3694

*Documents Attached:
There are (3) categories to select from.
Refer to the ~~New Account Opening – Document/Form Distribution Matrix or to the~~ Business Documentation Matrix.

Select One Work Note

Select One

Select One

*SSN/EIN#:
Do not include dashes, hyphens, or periods. Each field can contain a maximum of (4) SSN/EIN#.
Each SSN/EIN# must be separated by a semi colon (;) – no spaces. (*Example*: 123456789;010010010)

*Personal/Business Name:
Do not include dashes, hyphens, or periods. Replace a hyphenated name with a space, e.g., SMITH-JONES becomes SMITH JONES.
Separate first and last names with a space with no space between customer name(s), must be separated by a semi colon (;). Example:
JANE JONES;JOHN SMITH;JOE WHITE

Fiduciary Title:
Complete the full title of the account.

*Employee Name/Number: Diana Loth D118319

*Branch Name/State Number: Citizens Bank PA-384

Revised: 6.27.2023 PR1428

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Philadelphia District Office**
801 Market St, Suite 1000
Philadelphia, PA 19107
(267) 589-9700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/27/2026

**To:** Miss Diana Liott
2555 Old Trevose Rd Apt L5
FSTRVL TRVOSE, PA 19053
Charge No: 530-2024-02122

EEOC Representative and Phone: Legal Unit Representative
267-589-9707

---

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 530-2024-02122.

On behalf of the Commission,

Digitally Signed By: Karen McDonough
01/27/2026

Karen McDonough
Deputy Director

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Philadelphia District Office**
801 Market St, Suite 1000
Philadelphia, PA 19107
(267) 589-9700
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/27/2026

**To:** Miss Diana Liott
2555 Old Trevose Rd Apt L5
FSTRVL TRVOSE, PA 19053
Charge No: 530-2024-02122

EEOC Representative and Phone: Legal Unit Representative
267-589-9707

---

### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 530-2024-02122.

On behalf of the Commission,

Digitally Signed By: Karen McDonough
01/27/2026

Karen McDonough
Deputy Director