**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DIANA J. LIOTT,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS BANK, N.A.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 26-cv-02729-KSM |

**DEFENDANT CITIZENS BANK, N.A.'S**
**MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Defendant Citizens Bank, N.A. ("Citizens") respectfully moves to (a) compel Plaintiff Diana J. Liott ("Plaintiff"), who is proceeding pro se, to arbitrate all of the claims set forth in Plaintiff's Complaint (ECF No. 1) and (b) stay the proceedings pending the disposition of this case through arbitration. In support of this Motion, Citizens states the following:

1. The reasons in support of this Motion are set forth in Citizen's accompanying Memorandum of Law in Support of Motion to Compel Arbitration.

2. In further support of this Motion, Citizens submits the following exhibits attached hereto:

   a. **Exhibit 1**, Declaration of Joel S. Barras, Esq.; and

   b. **Exhibit 2**, Declaration of Dawn M. Peacock, Esq.

3. Undersigned counsel certifies that she made a good faith effort to confer with Plaintiff, proceeding pro se, about the subject matter addressed in the instant Motion prior to the filing of the Motion.

4. As of the date of this Motion, Plaintiff has not agreed to submit her claims to arbitration voluntarily.

5. A proposed Order is also attached for the Court's consideration.

Dated: August 11, 2026

Respectfully submitted,

**POLSINELLI PC**

By: */s/ Valerie E. Brown*

Valerie E. Brown (PA Bar No. 309849)
Dawn M. Peacock PA Bar No. 336977)
1717 Arch Street, Suite 1200
Philadelphia, PA 19103
Telephone: (215) 267-3001
Facsimile: (215) 267-3002
Valerie.brown@polsinelli.com
dpeacock@polsinelli.com

***Attorneys for Defendant Citizens Bank, N.A.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of August, 2026, a true and correct copy of the foregoing was served via first-class U.S. mail and email upon pro se Plaintiff Diana J. Liott at 2555 Old Trevose Rd., Apt. L5, Feasterville-Trevose, PA 19053, and via the Court's CM/ECF system upon all attorneys of record.

*/s/ Valerie E. Brown*
Valerie E. Brown