**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DIANA J. LIOTT,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS BANK, N.A.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:26-cv-02729-KSM |

**DECLARATION OF JOEL S. BARRAS, ESQ. IN SUPPORT OF DEFENDANT CITIZENS BANK, N.A.'s MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

I, Joel Barras, Esq., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am Senior Vice President and Senior Associate General Counsel, at Citizens Bank, N.A. ("Citizens"), the Defendant in the above-captioned case. I make this Declaration on the basis of my personal knowledge, including my direct familiarity with the arbitration program described below, and my review of Citizens' business records maintained in the ordinary course of business. If called as a witness, I could and would testify to the matters set forth herein.

***Citizen's Mutual Agreement to Arbitrate***

2. Since May 18, 2018, Citizens has maintained a Mutual Agreement to Arbitrate Employment-Related Disputes (the "Arbitration Agreement" or "Agreement") with its employees. A true and correct copy of the Arbitration Agreement in effect during Plaintiff Diana J. Liott's employment with Citizens is attached hereto as **Exhibit A**.

3. Effective May 18, 2018, Citizens implemented the following mechanism for acceptance of the Arbitration Agreement:

a. For all applicants extended offers of employment by Citizens on or after May 18, 2018, the offer of employment is expressly conditioned on the applicant's acceptance of the Arbitration Agreement. No separate signature on the Arbitration Agreement is required from these applicants; their acceptance of the offer of employment constitutes acceptance

of the Arbitration Agreement. *See* Ex. A § 18.

b. For employees hired prior to May 18, 2018, the Agreement provided a one-time right to opt out within 21 days after completion of Citizens' Business Conduct and Ethics training. Employees hired prior to May 18, 2018 who did not exercise that opt-out right accepted the Agreement through completion of the Business Conduct and Ethics training and the related acknowledgments.

4. Citizens requires all of its employees, as a condition of their continued employment, to complete an annual Business Conduct and Ethics online training course. As part of that annual training, each employee is provided with a copy of the Arbitration Agreement and is required to complete an Ethics Attestation, in which the employee certifies that he or she has read the Arbitration Agreement and agrees to its terms.

***Plaintiff Diana J. Liott's Employment***

5. Citizens' business records reflect that Citizens hired Plaintiff Diana J. Liott ("Ms. Liott") effective on or about August 1, 2022, into the position of Citizens Teller – In-Store, based at a Citizens branch in Bensalem, Pennsylvania.

6. On July 19, 2022, Citizens extended Ms. Liott a written offer of employment. A true and correct copy of that offer letter is attached hereto as **Exhibit B** (the "Offer Letter"). At page 5, the Offer Letter provides: "This offer is contingent upon your acceptance of Citizens' Mutual Agreement to Arbitrate Employment-Related Disputes, a copy of which is included in the pre-onboarding documents that will be available to you within 48 hours of accepting this offer electronically and before your first day of work. If you would like a copy of this Agreement prior to your acceptance of this job, please let me know and I will send you a copy."

7. Ms. Liott accepted Citizens' Offer Letter electronically on July 20, 2022 at 2:46 PM Eastern Time, and reported to work for Citizens on or about August 1, 2022. Ms. Liott's electronic acceptance is captured on the face of the Offer Letter itself — at page 5 of Exhibit B — which reflects the acceptance timestamp and the IP address from which the acceptance was submitted. Under the terms of the Arbitration Agreement and Citizens' program described in Paragraph 3(a) above, no separate signature on the Arbitration Agreement was required.

***Plaintiff's Annual Business Conduct and Ethics Attestations***

8. Citizens' business records reflect that Ms. Liott completed the annual Business Conduct and Ethics training during her employment with Citizens, and received a perfect score of 100 on each completion. A true and correct copy of Ms. Liott's Citizens training record is attached hereto as **Exhibit C**. That record reflects that Ms. Liott completed Citizens' Business Conduct and Ethics course (Course ID "BUS_COND") on the following dates, receiving a score of 100 on each: October 19, 2022 and February 3, 2023.

9. In order to complete this mandatory Business Conduct and Ethics training, an employee must complete the training course and, at the conclusion of the course, complete an Ethics Attestation containing several individual certifications, each of which requires the employee to respond either "Agree" or "Disagree." A true and correct copy of the Ethics Attestation image presented to colleagues at the conclusion of the Business Conduct and Ethics course is attached hereto as **Exhibit D**. Among the certifications set forth on the Ethics Attestation, Question 8.1 requires each employee to "certify that you have read the Mutual Agreement to Arbitrate Employment-Related Disputes and understand that it applies to you." The score reported on a colleague's training record reflects the colleague's responses on the Ethics Attestation, with a score of 100 indicating that the colleague responded "Agree" to each of the certifications set forth on the Ethics Attestation.

10. In connection with each of those Business Conduct and Ethics course completions, Ms. Liott was provided with a copy of the Arbitration Agreement then in effect and was required to complete the Ethics Attestation described in Paragraph 5 above. Citizens issued Ms. Liott a Certificate of Achievement upon each completion of the Business Conduct and Ethics course. True and correct copies of Ms. Liott's Certificates of Achievement for her Business Conduct and Ethics completions on October 19, 2022 and February 3, 2023 are attached collectively hereto as **Exhibit E**. Because Ms. Liott received a perfect score of 100 on each of those course completions, Ms. Liott responded "Agree" to each of the certifications on the Ethics Attestation on both occasions — including the certification at Question 8.1 that she had read the Mutual Agreement to Arbitrate Employment-Related Disputes and understood that it

applied to her.

11. Citizens' records reflect that Ms. Liott never sought to opt out of, revoke, or otherwise challenge the Arbitration Agreement during her employment with Citizens.

***Termination of Plaintiff's Employment***

12. Ms. Liott's employment with Citizens ended on or about December 1, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2026, at Philadelphia, Pennsylvania.

DocuSigned by:
Joel Barras
/s/ 53471AD0AB35425
Joel S. Barras, Esq.

# EXHIBIT A

# Mutual Agreement to Arbitrate Employment-Related Disputes

Citizens Bank®

This Mutual Agreement to Arbitrate Disputes ("Agreement") is freely and voluntarily made and entered into by and between Citizens Financial Group, Inc., together with any of its subsidiaries, affiliated, related or successor entities, ("Citizens") and each individual employee of Citizens (the "Colleague"). The Colleague and Citizens (collectively, the "Parties") intend that this Agreement govern, to the greatest extent permitted by law, the resolution of all covered disputes, claims and any other matters arising out of or relating to their employment relationship or termination of that relationship.

1. Mandatory Arbitration. The Parties agree that any claim, complaint, or dispute related to the Colleague's employment with Citizens and not expressly excluded by this Agreement, regardless of the legal theory, shall be submitted to binding arbitration to be held within fifty (50) miles of the Colleague's primary work location with Citizens and administered by the American Arbitration Association ("AAA") in accordance with AAA's Employment Arbitration Rules ("Rules"), as revised by this Agreement. The Rules are available online at www.adr.org. If the Rules are inconsistent with the terms of this Agreement, the terms of this Agreement shall govern. The Arbitrator, and not any federal, state, or local court, or agency, shall have exclusive authority to resolve any dispute relating to the enforceability or interpretation of this Agreement and the arbitrability of disputes between the Parties. The enforceability of this Agreement shall be governed by the Federal Arbitraton Act. The Arbitrator's decision shall be final and binding. Nothing in this provision shall preclude the Parties from seeking provisional remedies in aid of arbitration from a court of competent jurisdiction. The Parties further agree that the proceedings, filings and arbitration decisions shall remain closed to any third parties and shall be and shall remain confidential to the greatest extent permitted by law.

2. Covered Claims. With the exceptions identified in Section 3 below, this Agreement to arbitrate covers all grievances, disputes, claims, or causes of action (collectively, "claims") that otherwise could be brought in a federal, state, or local court or agency under applicable federal, state, or local laws, arising out of or relating to the Colleague's employment with Citizens and/or the termination thereof, including claims the Colleague may have against Citizens or against its officers, directors, supervisors, managers, employees/colleagues, or agents in their capacity as such or otherwise, or that Citizens may have against the Colleague. The claims covered by this Agreement include, but are not limited to, claims for breach of any fiduciary duty, breach of contract or covenant (express or implied), tort claims, claims for wages, or other compensation due, claims for overpayment of wages or other compensation, claims for wrongful termination (constructive or actual), claims for discrimination or harassment, claims for violation of any federal, state, local or other governmental law, statute, regulation, or ordinance. Claims are covered by this Agreement regardless of whether they have already accrued or will accrue in the future.

3. Claims Not Covered. Claims of sexual harassment (hostile work environment and/or quid pro quo), and equal pay violations under Title VII of the Civil Rights Act, the Equal Pay Act or any other federal, state or local law(s) are specifically excluded from this Agreement. In cases where the Colleague has multiple claims, some covered and some not covered, Citizens retains the sole discretion to litigate all claims in a court of competent jurisdiction or bifurcate the claims between court and arbitration. In addition, claims for workers' compensation, unemployment compensation

or any other claims that, as a matter of law, the Parties cannot agree to arbitrate or have otherwise agreed to arbitrate through a separate agreement, such as FINRA arbitration matters, are also excluded. Nothing in this Agreement shall preclude the Colleague from filing complaints with the Equal Employment Opportunity Commission, analogous state and local agencies and the National Labor Relations Board. Citizens may, in its sole discretion, file the following claims in a court of competent jurisdiction or pursuant to arbitration under this Agreement (a) claims where the Colleague is a co-defendant with at least one individual or entity not subject to this Agreement, including but not limited to actions seeking injunctive or other equitable or preliminary relief; and (b) claims against the Colleague in a single-plaintiff matter for recoupment of overpayment of compensation and/or claw backs of or offsets to compensation.

4. Waiver of Class Action and Representative Action Claims. Except as otherwise required under applicable law, the Parties expressly intend and agree that: (a) class action and representative action procedures shall not be asserted, nor will they apply, in any arbitration, court claim or any other judicial proceeding pursuant to this Agreement; (b) each will not assert class action or representative action claims against the other in arbitration or otherwise; and (c) the Parties shall only submit their own, individual claims in arbitration or otherwise and will not seek to represent the interests of any other person. Further, the Parties expressly intend and agree that any claims by the Colleague will not be joined, consolidated, or heard together with claims of any other the Colleague, regardless of whether the Parties can agree to arbitrate the claim or must proceed through another venue. Notwithstanding anything to the contrary in the Rules, and the general grant of authority to the arbitrator of the power to determine issues of arbitrability, the arbitrator shall have no jurisdiction or authority to compel any class or collective claim, to consolidate different arbitration proceedings, or to join any other party to an arbitration between the Parties.

5. Waiver of Trial by Jury. The Parties understand and fully agree that by entering into this Agreement to arbitrate; they are giving up their constitutional right to have a trial by jury, and are giving up their normal rights of appeal following the rendering of the arbitrator's award except as applicable law provides for judicial review of arbitration proceedings.

6. Claims Procedure. Arbitration shall be initiated upon the express written notice by the aggrieved party to the other party. The Colleague's notice must be accompanied by a check in the amount of $150.00 made out to the "American Arbitration Association," which shall serve as the Colleague's filing fee. Written notice of the Colleague's claim shall be mailed by certified or registered mail, return receipt requested, or through other trackable delivery service (*e.g.*, FedEx or UPS) to the HR Services Center c/o Citizens Financial Group, Inc., HR Shared Services, One Citizens Bank Way, Mail Code: JCC110, Johnston, RI 02919 ("Notice Address"). Written notice of Citizens' claim will be mailed to the last known address of the Colleague. The written notice shall identify and describe the nature of all claims asserted and the facts upon which such claims are based. Written notice of arbitration must be initiated within the same applicable federal and state law time limitations that apply to each claim(s) asserted.

7. Arbitrator Selection. The parties shall select a single Arbitrator to adjudicate the matter through the procedure outlined in the Rules.

8. Bypassing AAA if Adminsitrative Fees Become Excessive. If Citizens concludes that, but for this Agreement, multiple single plaintiff arbitration claims filed could have been brought as a class

and/or collective action in state or federal court, and AAA's combined administrative fees for those cases exceed $50,000, then Citizens shall have the right to forego the use of AAA. In that event, the Parties shall meet and confer to select a mutually agreeable arbitrator. If the Parties are unable to agree upon an arbitrator, then each Party shall select five (5) arbitrators to place on a list. Arbitrators placed on the list must be licensed to practice law in any state (or have previously been licensed and have always been and remain in good standing with their respective bar associations) and who have previously served as a neutral arbitrator for at least one dispute involving an employment matter. Each side shall alternate in striking an arbitrator from the list, with the last remaining arbitrator slected to adjudicate the matter. The parties shall mutual agree or flip a coin to determine which party strikes first. Should the selected arbitrator have a conflict or otherwise refuse or be unable to serve, the arbitrator struck immediately prior shall serve as the arbitrator. The Rules, as amended by this Agreement, shall continue to apply to the greatest extent possible to the arbitration.

9. <u>Discovery</u>. The Rules shall apply with respect to discovery except as revised by this Agreement. The Arbitrator shall have the authority to set deadlines for completion of discovery and decide all discovery disputes.

10. <u>Substantive Law</u>. The Arbitrator shall apply the substantive state or federal law (and the law of remedies, if applicable) as applicable to the claim(s) asserted.

11. <u>Motions</u>. The Arbitrator shall rule on prehearing disputes and may hold prehearing conferences by telephone or in person at the Arbitrator discretion. The Arbitrator shall set deadlines for motions to dismiss and for summary judgment, and set applicable briefing schedules. Such motions are permitted by either party, notwithstanding anything to the contrary in the Rules. The Arbitrator may adjudicate any cause of action, or the entire claim, pursuant to a motion for summary adjudication and in deciding the motion, shall apply the substantive law applicable to the cause of action.

12. <u>Reasoned Decision</u>. Within thirty (30) days of the close of the hearing, the Arbitrator shall issue a written, reasoned and final and binding decision resolving any and all procedural issues and/or substantive matters necessary to conclude the proceedings. By mutual agreement, the Parties may grant the Arbitrator an extension of this deadline.

13. <u>Compelling Arbitration/Enforcing Award</u>. Either party may ask a court to stay any court proceeding, to compel arbitration under this Agreement and to confirm, vacate, or enforce an arbitration award. Judgment on the award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

14. <u>Arbitration Fees and Costs</u>. Citizens shall be responsible for the arbitrator's fees and expenses and AAA's fees, with the exception of the $150 filing fee. Each party shall pay its own costs and attorneys' fees. If any party prevails on a statutory claim that affords the prevailing party attorneys' fees and costs, the Arbitrator may award reasonable attorneys' fees in accordance with the applicable statute. The Arbitrator shall resolve any dispute as to the reasonableness of any fee or cost that may be awarded under this paragraph.

15. <u>Term of Agreement</u>. This Agreement to arbitrate shall survive the termination of the Colleague's employment. It can only be revoked or modified in writing acknowledge or signed by both Parties.

16. Severability. If any provision of this Agreement to arbitrate is adjudged to be void or otherwise unenforceable, in whole or in part, the void or unenforceable provision shall be severed and such adjudication shall not affect the validity of the remainder of this Agreement to arbitrate.

17. Consideration. The Parties acknowledge and agree that the mutuality of the obligation to arbitrate all claims, as well as the Colleague's employment and/or continued at-will employment with Citizens following acknowledgment of receipt of this Agreement, are independent, good and valuable consideration to which the Parties were not otherwise entitled.

18. Acceptance of Agreement. Unless otherwise specified in writing by Citizens on or before a colleague's initial employment with Citizens, all offers of employment extended by Citizens on or after May 18, 2018 are conditioned on the Colleague's acceptance of this Agreement. Colleagues hired prior to May 18, 2018, who did not exercise their prior right to opt out, shall accept the terms of this Agreement through their completion of their Business Conduct and Ethics training and the related acknowledgments that reference this Agreement.

19. Employment At-Will. This Agreement is not a guarantee of employment for any period of time and does not change the Colleague's status as an at-will employee/colleague.

# EXHIBIT B

July 19, 2022

Diana Liott
2555 Old Trevose Road
Trevose, Pennsylvania 19053

Dear Diana,

We are delighted to offer you the position of Citizens Teller - InStore at Citizens Bank, N.A. based in Bensalem, PA. Congratulations on your offer!

In this role, you will be reporting to Patrick J. Roach and your tentative start date will be August 1, 2022. We will confirm your start date upon both your acceptance of this offer and successfully completing the pre-employment criteria detailed below.

We recognize our journey to become a top performing organization is dependent on the talent we attract. We are excited to see how your experiences and skills will help our customers, colleagues and communities.

We take pride in our comprehensive compensation and benefits package and are pleased to offer you the following:

**Compensation**

You will be paid an hourly rate of $19.50 to be paid weekly on Fridays. You will be eligible for overtime compensation at a rate 1.5 times your regular rate of pay for any hours worked in excess of 40 hours per week, unless otherwise required by law. Your overtime rate may be adjusted to reflect additional compensation if necessary. Your standard workweek will consist of 40 hours per week, and you will need prior supervisor approval before working any hours that are in excess of your standard work hours.

All compensation is subject to tax and other applicable withholdings.

**Business Line Incentive**

You will be eligible to participate in the incentive plan applicable to your business unit, subject to the terms and conditions set forth in such plan. Please ask your manager for a copy of the plan. Citizens reserves the right to change the rules of any compensation plan or program or to cancel any such plan or program at any time without prior notice, in its sole and absolute discretion.

**Benefits**

You will be eligible for benefits, including paid time off, which will be subject to the provisions in the plan documents and Human Resources policies applicable to Citizens employees as may be amended from time to time. You will be eligible for benefits the first day of the month following your date of hire. Benefits include but are not limited to medical, dental, vision, disability, accident and life insurance coverage and CFG 401(k) Retirement Savings Plan. To learn more about benefits and review all orientation related information log on to CitizensHR.com. You will have 31 days from your date of hire to enroll in the Health and Welfare benefits.

The Offer Letter Detail Addendum provides further details about your job offer and colleague expectations.

Please take a look at all the offer related information provided before you accept this offer.

To indicate acceptance of your offer, please complete the Offer Response section.

We are excited you are starting a new career journey with us and look forward to you being a part of the Citizens family!

Congratulations,
Veruschka D Bosco
Talent Acquisition

## Offer Letter Detail Addendum

Here at Citizens Bank, N.A., we believe in transparency and protecting customers and colleagues. Below outlines the specifics of your employment with us. Please read the information provided carefully as it includes important details about your role.

By accepting this offer of employment you agree to the following:

### Authorization to Work

- This offer is contingent upon your ability to provide documents which prove your identity and demonstrate your authorization to work in the United States, in compliance with the Immigration Reform Act. A list of acceptable documentation will be provided. Please be prepared to provide this information on your first day of employment. Federal law requires that, if this documentation is not provided within 3 business days of your Start Date, you will be removed from the payroll.

### Background Check

- You will receive an email within 48 hours of accepting this offer electronically to initiate the background check process.

- Within 24 hours complete the Authorization to Obtain Consumer Reports and Investigative Consumer Reports, which will require you to provide personal information as part of your online applicant profile. Completing these actions authorizes us to start the background check process.

- The authorization allows Citizens to perform, in its sole discretion, and as it pertains to the role this initial credit, motor vehicle record, public record, prior employment verification, and criminal check prior to making a determination to finalize an offer of employment and your agreement that these checks may be conducted by Citizens on a periodic basis for employment purposes.

- This offer is contingent on the results of the background check being satisfactory to Citizens, as well as your successful completion of all facets of Citizens pre-employment screening process, which may include, among other things, Citizens receipt of satisfactory references. In addition, if at the time of your hire, a public health emergency prevents you from submitting your fingerprints for a comprehensive background check, you shall be required to undergo a subsequent background check. Your continued employment will be contingent upon your successful completion of that check.

### COVID-19 Vaccination Status

- All colleagues, including new hires, must disclose their COVID-19 vaccination status. While being vaccinated is not a requirement for employment, you will be required to provide your COVID-19 vaccination status and proof of vaccination (if applicable) on your first day of employment. Masks are not required in our offices or branches unless state or local requirements are more restrictive.

### Non-solicitation

- During your employment and for a period of 365 days following the termination of employment for any reason, you will not directly or indirectly solicit (through any person, corporation, partnership or other business entity of any kind), recruit, induce, entice, influence, encourage, or assist in soliciting

or hiring, any person who is employed during such period by Citizens or its affiliates; nor will you directly or indirectly induce any such person to: (a) terminate his or her employment or (b) accept employment with anyone other than Citizens or its affiliates.

- During your employment, including your Notice Period (as fully defined below), and for a period of 365 days following the termination of employment for any reason, you will not directly or indirectly (through any corporation, partnership or other business entity of any kind) solicit, assist in soliciting for business or entice away or in any manner attempt to persuade any client or customer or prospective client or customer to discontinue or diminish his, her or its relationship or prospective relationship with Citizens or its affiliates, or otherwise accept from and/or provide business to any person, corporation, partnership or other business entity of any kind other than Citizens or its affiliates. The restrictions in this paragraph will apply only: (1) to clients, customers or prospective clients or customers introduced to you by Citizens or its affiliates; or (2) any customer of Citizens or its affiliates (whether introduced to you through Citizens or its affiliates, or previously known to you) with whom you had contact during your employment by Citizens or any affiliate (including your Notice Period); or (3) any customer or client of Citizens or its affiliates whose identity as a client or potential client became known to you as a result of your employment at Citizens or its affiliates.

- Provisions of the preceding paragraphs are reasonable and that in the event you violate any of them, you acknowledge that Citizens or its affiliates will be subject to irreparable harm entitling it, in addition to statutory or common law remedies, to immediate injunctive or equitable relief. You hereby acknowledge that, but for these provisions, Citizens or its affiliates would not agree to the financial commitment contemplated by this letter agreement.

- Note: these non-solicit provisions do not apply to employees working in jurisdictions that limit or disallow the use of non-solicitation provisions. Citizens does not attempt to enforce non-solicit provisions unless it is permitted by local and state law. Please consult the *Separation from Employment Policy* upon commencement of employment for an updated list of jurisdictions where these non-solicit provisions do not apply.

- Employees working in Illinois may take up to fourteen (14) days to consider all the terms of this offer. You are advised to consult with an attorney before signing the Offer Letter to ensure you understand your obligations.

**Notice of Intent**

- Although you are employed at will, you agree that you will provide Citizens with 14 days prior written notice of your intent to leave the employ of Citizens ("Notice Period").

- Citizens, in its sole discretion, may decide to waive or reduce all or part of your notice period in accordance with business needs. As such, upon tendering notice of resignation, Citizens may elect to terminate the employment relationship effective upon the date that resignation was tendered or some other date within the notice period. You are not entitled to be paid for any portion of the notice period that Citizens elects to waive or reduce.

- During any accepted notice period, you will continue to be a colleague and you will continue to be entitled to receive your base salary (but not a bonus) for work performed during the notice period. Your fiduciary duties and other obligations as a colleague of Citizens will continue and you will cooperate in the transition of your responsibilities. Citizens will, however, have the right, in its sole discretion, to direct that you no longer come in to a Citizens work location.

**Conditional Offer and Conditions of Employment**

- Citizens has adopted a number of policies and procedures which you will have access to as a Citizens colleague. Please familiarize yourself with them in order to follow policy requirements.

- This offer letter will be governed and conformed in accordance with the laws of the state in which you will be based, without regard to its conflict of law's provisions. Should any provision of this offer letter be declared illegal or unenforceable by any court of competent jurisdiction or by an arbitrator and should the provision be incapable of being modified to be enforceable, such provision will immediately become null and void, leaving the remainder of this offer letter in full force and effect.

- Citizens reserves the right to modify office/work-from-home and full-time, work-from-home positions, as business needs dictate. Also note that full-time, work-from-home roles may require in-office work, on occasion. Travel time to and from your home is generally not compensable time.

- There may be times where your internal job title could appear different than the title which is in this offer letter as internal titles could be used for administrative purposes.

- This offer is contingent upon your acceptance of Citizens' Mutual Agreement to Arbitrate Employment-Related Disputes, a copy of which is included in the pre-onboarding documents that will be available to you within 48 hours of accepting this offer electronically and before your first day of work. If you would like a copy of this Agreement prior to your acceptance of this job, please let me know and I will send you a copy.

- In accepting this offer, you represent and warrant that you are not subject to any agreement with any current or prior employer or business (or any other entity or person) that would preclude you from fulfilling any of the duties or obligations you would have with Citizens or which would result in any additional payment from Citizens and you agree to immediately notify Citizens should you become aware of any such agreement. You further recognize and agree that, to the extent you possess any confidential, proprietary or trade secret information of a third party, you may not and will not use or disclose such information in performing your duties for Citizens.

- This offer letter, along with its attachments, the documents referenced herein, and any and all policies adopted or enacted by Citizens, comprise the entire understanding between you and Citizens regarding the terms and conditions of your employment with Citizens, and fully supersede any and all prior verbal or written communications regarding those terms and conditions that are not outlined herein including but not limited to any representations related to any discretionary or performance-related award or incentive or other compensation. No verbal promises may be made by any officer or colleague of Citizens as to eligibility for or the guarantee of any receipt of any discretionary and/or performance-related awards in association with the Discretionary Award Program or any other types of incentive payments or awards.

**At Will Employment**

***Your employment with Citizens is at-will, meaning that you may be terminated at any time with or without cause, and with or without notice, and nothing in this letter should be construed as creating a contract of employment for a fixed duration.***

# EXHIBIT C

| Title | Version | Delivery Type | Registration Date | Completion St | Date Marked Complete | Marked Co | Score | Grade | Has registr | Course ID |
|---|---|---|---|---|---|---|---|---|---|---|
| Active Shooter Preparedness | | Web-Based | 1-Aug-22 | Successful | 1-Aug-22 | | 100 | | Yes | ASP_101 |
| Active Shooter Preparedness | 2023 | Web-Based | 19-Jan-23 | Successful | 20-Jan-23 | | 100 | | Yes | ASP_101 |
| ADA: Accommodating Customers with Disabilities | 2023 | Web-Based | 2-Feb-23 | Successful | 2-Feb-23 | | 100 | | Yes | ADA_RET |
| AML Essentials | | Web-Based | 16-Aug-22 | Successful | 16-Aug-22 | | 100 | | Yes | AML_ESS |
| AML Essentials | 2023 | Web-Based | 14-Jun-23 | Successful | 15-Jun-23 | | 80 | | Yes | AML_ESS |
| AML Essentials | 2023 | Web-Based | 8-Jun-23 | Successful | 8-Jun-23 | | 86.67 | | Yes | AML_ESS |
| AML Fundamentals | | Web-Based | 10-Aug-22 | Successful | 16-Aug-22 | | 91 | | Yes | AML_FUN |
| AML Red Flags Micro-module | 2023 | Web-Based | 8-Jun-23 | Successful | 8-Jun-23 | | 100 | | Yes | AML_MM |
| AML Red Flags Micro-module | | Web-Based | 12-Aug-22 | Successful | 16-Aug-22 | | 100 | | Yes | AML_MM |
| Anti-Bribery and Corruption | 2023 | Web-Based | 2-Feb-23 | Successful | 3-Feb-23 | | 100 | | Yes | ABC_101 |
| Anti-Bribery and Corruption | | Web-Based | 12-Aug-22 | Successful | 19-Oct-22 | | 100 | | Yes | ABC_101 |
| Authority Limits (All Levels) | | Web-Based | 4-Aug-22 | Successful | 4-Aug-22 | | 100 | | Yes | RISK0425 |
| Autobooks for Business | | Web-Based | 1-Nov-23 | Successful | 9-Nov-23 | | 0 | | Yes | 0000104520 |
| BIC Online CTR | | Web-Based | 12-Aug-22 | Successful | 27-Jun-23 | | 0 | | Yes | 100000037 |
| Branch Security: Robbery Awareness | | Web-Based | 5-Aug-22 | Successful | 5-Aug-22 | | 100 | | Yes | BRCH_SEC |
| Branch Security: Robbery Awareness | 2023 | Web-Based | 8-Jun-23 | Successful | 8-Jun-23 | | 100 | | Yes | BRCH_SEC |
| Branch Security: Robbery Awareness | | Web-Based | 5-Aug-22 | Successful | 5-Aug-22 | | 100 | | Yes | BRCH_SEC |
| Business Banking:Types of Business Ownerships | | Web-Based | 18-Aug-22 | Successful | 25-Sep-23 | | 100 | | Yes | 100000145 |
| Business Conduct and Ethics | | Web-Based | 12-Aug-22 | Successful | 19-Oct-22 | | 100 | | Yes | BUS_COND |
| Business Conduct and Ethics | 2023 | Web-Based | 2-Feb-23 | Successful | 3-Feb-23 | | 100 | | Yes | BUS_COND |
| Business Continuity at Citizens: beRESILIENT | 2023 | Web-Based | 13-Jun-23 | Successful | 13-Jun-23 | | 100 | | Yes | BIZ_CON |
| Business Continuity at Citizens: beRESILIENT | | Web-Based | 12-Aug-22 | Successful | 19-Oct-22 | | 100 | | Yes | BIZ_CON |
| Cash Flow Essentials Assessment | | Web-Based | 25-Jul-23 | Successful | 31-Jul-23 | | 0 | | Yes | 0000104040 |
| Citizens Cash Flow Essentials for Retail | | Web-Based | 25-Jul-23 | Successful | 31-Jul-23 | | 0 | | Yes | 0000077820 |
| CRA Retail Banker Teller | 2023 | Web-Based | 14-Mar-23 | Successful | 22-Mar-23 | | 80 | | Yes | RETCRA |
| Currency Transaction Reporting - [opt 1] | | Web-Based | 24-Aug-22 | Successful | 25-Aug-22 | | 100 | | Yes | BSA1062 |
| Currency Transaction Reporting - [opt 2] | | Web-Based | 25-Aug-22 | Successful | 29-Jun-23 | | 90 | | Yes | BSA1017 |
| Cybersecurity | | Web-Based | 12-Aug-22 | Successful | 20-Oct-22 | | 100 | | Yes | CYB_SEC |
| Cybersecurity | 2023 | Web-Based | 19-Jan-23 | Successful | 20-Jan-23 | | 100 | | Yes | CYB_SEC |
| Deluxe Check | | Web-Based | 9-Aug-22 | Successful | 9-Aug-22 | | 0.99 | | Yes | 100000203 |
| Fair Lending | | Web-Based | 12-Aug-22 | Successful | 29-Sep-22 | | 100 | | Yes | FL_101 |
| Fair Lending | 2023 | Web-Based | 2-Feb-23 | Successful | 2-Feb-23 | | 80 | | Yes | FL_101 |
| FDIC Insurance Basics - [opt 2] | 2023 | Web-Based | 24-Mar-23 | Successful | 10-Apr-23 | | 86 | | Yes | DEP1007 |
| Fraud and Identity Theft Awareness | | Web-Based | 12-Aug-22 | Successful | 20-Oct-22 | | 100 | | Yes | FRAUD_ID |
| Fraud and Identity Theft Awareness | 2023 | Web-Based | 23-Mar-23 | Successful | 10-Apr-23 | | 100 | | Yes | FRAUD_ID |
| Getting Started with the Citizens Learning Hub | | Web-Based | 1-Aug-22 | Successful | 1-Aug-22 | | 83.33 | | Yes | 0000004000 |
| Ignite Inclusion | | Virtual Classroom | 23-Oct-23 | Successful | 17-Nov-23 | Andrea Cooper | | | Yes | 100000503 |
| Introduction to Data Analytics | | Web-Based | 2-Aug-22 | Successful | 2-Aug-22 | | 0 | | Yes | 100000063 |
| Made Ready For #CitizensColleague Virtual Classroom | | Virtual Classroom | 1-Aug-22 | Successful | 5-Aug-22 | | 0 | | Yes | 100000165 |
| Made Ready for the Teller Experience- Part Three Virtual Classroom | | Virtual Classroom | 1-Aug-22 | Successful | 18-Aug-22 | Bob Humbl | 0 | | Yes | 100000185 |
| Made Ready for the Teller Experience- Part Two Virtual Classroom | | Virtual Classroom | 1-Aug-22 | Successful | 15-Aug-22 | Russell Tabor | | | Yes | 100000184 |
| Made Ready for the Teller Experience Virtual Classroom | | Virtual Classroom | 1-Aug-22 | Successful | 12-Aug-22 | | 0 | | Yes | 100000182 |
| Made Ready to Thrive Virtual Classroom | | Virtual Classroom | 1-Aug-22 | Successful | 24-Aug-22 | | 0 | | Yes | 0000008820 |
| Nondeposit Investment Products | 2023 | Web-Based | 8-Jun-23 | Successful | 9-Jun-23 | | 90 | | Yes | OFS1001 |
| Nondeposit Investment Products | | Web-Based | 20-Sep-22 | Successful | 20-Oct-22 | | 90 | | Yes | OFS1001 |
| Preventing Discrimination & Harassment - Colleague Editio | 2 | Web-Based | 20-Jan-23 | Successful | 23-Jan-23 | | 100 | | Yes | PDH_CE1 |
| Preventing Discrimination & Harassment - Colleague Edition - Module 1 of 2 | | Web-Based | 8-Aug-22 | Successful | 8-Aug-22 | | 0 | | Yes | PDH_CE1 |
| Preventing Discrimination & Harassment - Colleague Edition - Module 2 of 2 | | Web-Based | 8-Aug-22 | Successful | 12-Aug-22 | | 91.66 | | Yes | PDH_CE2 |
| Privacy | 2023 | Web-Based | 9-Jun-23 | Successful | 9-Jun-23 | | 100 | | Yes | PRIVACY |
| Privacy | | Web-Based | 4-Aug-22 | Successful | 4-Aug-22 | | 100 | | Yes | PRIVACY |
| Ready to Connect - Adoption Assistance Program | | Web-Based | 2-Sep-22 | Successful | 29-Sep-22 | | 0 | | Yes | 0000007788 |
| Ready to Connect - Business Resource Groups | | Web-Based | 29-Sep-22 | Successful | 29-Sep-22 | | 0 | | Yes | 0000007807 |
| Ready to Connect - CHC Community Ambassadors | | Web-Based | 29-Sep-22 | Successful | 29-Sep-22 | | 0 | | Yes | 0000007815 |
| Ready to Connect - Citizens Helping Citizens- Giving Back to our Communities | | Web-Based | 29-Sep-22 | Successful | 29-Jun-23 | | 0 | | Yes | 0000007813 |
| Ready to Connect - Congratulations | | Web-Based | 29-Sep-22 | Successful | 29-Jun-23 | | 0 | | Yes | 0000007821 |
| Ready to Connect - Continuous Learning | | Web-Based | 29-Sep-22 | Successful | 29-Sep-22 | | 0 | | Yes | 0000007817 |
| Ready to Connect - Credo Awards | | Web-Based | 29-Sep-22 | Successful | 29-Sep-22 | | 0 | | Yes | 0000007797 |
| Ready to Connect - Educational Assistance | | Web-Based | 29-Sep-22 | Successful | 29-Sep-22 | | 0 | | Yes | 0000007805 |
| Ready to Connect - Innovation @ Citizens | | Web-Based | 29-Sep-22 | Successful | 29-Jun-23 | | 0 | | Yes | 0000007809 |
| Ready to Connect - Intranet Top 10 | | Web-Based | 2-Sep-22 | Successful | 29-Sep-22 | | 0 | | Yes | 0000007781 |
| Ready to Connect - Learning Philosophy | | Web-Based | 2-Sep-22 | Successful | 29-Sep-22 | | 0 | | Yes | 0000007785 |
| Ready to Connect - Let�s Connect & Town Halls | | Web-Based | 29-Sep-22 | Successful | 29-Jun-23 | | 0 | | Yes | 0000007811 |
| Ready to Connect - meQ | | Web-Based | 29-Sep-22 | Successful | 29-Sep-22 | | 0 | | Yes | 0000007803 |
| Ready to Connect - myDiscounts | | Web-Based | 2-Sep-22 | Successful | 29-Sep-22 | | 0 | | Yes | 0000007789 |
| Ready to Connect: myWELLNESS | | Web-Based | 29-Sep-22 | Successful | 29-Sep-22 | MICROAPP ADMIN | | | Yes | 0000066589 |
| Ready to Connect - Retirement | | Web-Based | 29-Sep-22 | Successful | 29-Sep-22 | MICROAPP ADMIN | | | Yes | 0000066640 |
| Ready to Connect - Welcome to Citizens! | | Web-Based | 2-Sep-22 | Successful | 29-Sep-22 | | 0 | | Yes | 0000007780 |
| Ready to Connect - Work-Life Balance | | Web-Based | 29-Sep-22 | Successful | 29-Sep-22 | | 0 | | Yes | 0000007799 |
| Records Management Policy | | Web-Based | 12-Aug-22 | Successful | 20-Oct-22 | | 100 | | Yes | RMPT_01 |
| Reg CC - Funds Availability for Tellers and Bankers | 2023 | Web-Based | 22-May-23 | Successful | 8-Jun-23 | | 100 | | Yes | REGCC_TB |
| Regulation CC: Funds Availability - Video | | Web-Based | 11-Aug-22 | Successful | 11-Aug-22 | | 80 | | Yes | DEP1045 |
| Regulation DD - Truth in Savings Act Disclosures | 2023 | Web-Based | 7-Feb-23 | Successful | 14-Mar-23 | | 80 | | Yes | REGDD101 |
| Regulation E: Overdraft Protection [CRCM 1.00; Online Cou | 2023 | Web-Based | 9-Jun-23 | Successful | 13-Jun-23 | | 90 | | Yes | DEP1017 |
| Retail Colleague Commitment | 2 | Web-Based | 1-Aug-22 | Successful | 1-Aug-22 | | 100 | | Yes | 100000023 |
| Retail: Electronic Funds Transfer | 2023 | Web-Based | 13-Jun-23 | Successful | 13-Jun-23 | | 80 | | Yes | REGE EF |
| Retail: Electronic Funds Transfer | 2023 | | | Successful | 13-Jun-23 | | | | No | REGE EF |
| Retail Fraud: Anatomy of an Account Takeover | | Web-Based | 2-Aug-23 | Successful | 21-Aug-23 | | 0 | | Yes | 0000110481 |
| Retail Fraud Banking Due Diligence | | Web-Based | 31-Aug-23 | Successful | 18-Sep-23 | | 0 | | Yes | RF_BDD |
| Retail Fraud Introduction 2023 | | Web-Based | 29-Jun-23 | Successful | 29-Jun-23 | | 0 | | Yes | 0000107700 |
| Retail Fraud Protecting Our Customer 2023 | | Web-Based | 16-Oct-23 | Successful | 6-Nov-23 | | 0 | | Yes | 0000115720 |
| Retail Wire Transfers | | Web-Based | 1-Aug-22 | Successful | 1-Aug-22 | | 100 | | Yes | 100000056 |
| Risk Awareness | | Web-Based | 12-Aug-22 | Successful | 20-Oct-22 | | 100 | | Yes | RISK101 |
| Star Station | | Web-Based | 7-Sep-23 | Successful | 9-Nov-23 | | 0 | | Yes | 0000111861 |
| Unfair, Deceptive, or Abusive Acts or Practices | 2023 | Web-Based | 13-Jun-23 | Successful | 14-Jun-23 | | 93.33 | | Yes | UDAAP102 |

# EXHIBIT D

FIS Regulatory University

Back
Citizens Financial Group

Preview for **Business Conduct and Ethics** test.

**1.1**
**Please certify that you have read the Citizens Code of Business Conduct and Ethics Policy Statement**
**A.**
Agree
**B.**
Disagree

---

**4.1**
**Please certify that you agree to comply with all provisions of the Code.**
**A.**
Agree
**B.**
Disagree

---

**5.1**
**Please certify that you agree to report any known or suspected violations of the Code through the proper reporting channels.**
**A.**
Agree
**B.**
Disagree

---

**6.1**

**Please certify that if you have a question concerning the meaning or application of the Code, the Business Conduct and Ethics Program, or other related policies specific to your job responsibilities, you know you can consult your manager, Human Resources or the Conduct Office.**

**A.**
Agree
**B.**
Disagree

---

**7.1**
**Please certify that you have received a copy of the Code of Business Conduct and Ethics Policy, by way of this course, and you are also aware that you can locate a copy of the policy on the Citizens intranet**

**A.**
Agree
**B.**
Disagree

---

**8.1**
**Please certify that you have read the Mutual Agreement to Arbitrate Employment-Related Disputes and understand that it applies to you, unless you were hired prior to May 18, 2018, and elected to opt-out of the Agreement after first learning about it in a prior Conduct and Ethics training.**

**A.**
Agree, or does not apply to me because I am a contractor and/or an employee of a Citizens'vendor.
**B.**
Disagree

Copyright © 2021 FIS and/or its subsidiaries. All Rights Reserved.

# EXHIBIT E

Citizens™

# Certificate of Achievement

## presented to

Diana Liott

for the successful completion of

Business Conduct and Ethics

19-OCT-2022

Citizens LEARNING HUB

Citizens™

# Certificate of Achievement

## presented to

Diana Liott

for the successful completion of
Business Conduct and Ethics

03-FEB-2023

Citizens LEARNING HUB