**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DIANA J. LIOTT,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS BANK, N.A.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 2:26-cv-02729-KSM |

**DECLARATION OF DAWN M. PEACOCK, ESQ. IN SUPPORT OF DEFENDANT CITIZENS BANK, N.A.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

I, Dawn M. Peacock, Esq., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney duly admitted to practice before this Court and an Associate with the law firm of Polsinelli PC, counsel of record for Defendant Citizens Bank, N.A. ("Defendant") in the above-captioned action. I make this Declaration on the basis of my personal knowledge for the limited purpose of authenticating and placing before the Court true and correct copies of prior court orders referenced in Defendant's Memorandum of Law in Support of Its Motion to Compel Arbitration and Stay Proceedings. If called as a witness, I could and would testify to the matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Order compelling arbitration entered by the United States District Court for the District of Massachusetts in *Hudak v. Citizens Bank, N.A.*, No. 4:23-cv-40007-RGS (D. Mass. Feb. 10, 2023).

3. Attached hereto as **Exhibit B** is a true and correct copy of the Order compelling arbitration entered by the United States District Court for the Western District of Pennsylvania in *Lohm v. Citizens Securities, Inc.*, No. 2:20-cv-01504-NBF (W.D. Pa. Dec. 11, 2020).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 11, 2026, at Philadelphia, Pennsylvania.

Signed by:
/s/ Dawn Peacock
775DAD974E644C7...
Dawn M. Peacock

# EXHIBIT A

**Dartt-Puffer, Crystal**

---

**From:** ECFnotice@mad.uscourts.gov
**Sent:** Friday, February 10, 2023 4:00 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 4:23-cv-40007-RGS Hudak v. Citizens Bank, N.A. Order on Motion to Compel

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**District of Massachusetts**

## Notice of Electronic Filing

The following transaction was entered on 2/10/2023 at 3:59 PM EST and filed on 2/10/2023

**Case Name:** Hudak v. Citizens Bank, N.A.
**Case Number:** 4:23-cv-40007-RGS
**Filer:**
**Document Number:** 11(No document attached)

**Docket Text:**
**Judge Richard G. Stearns: ELECTRONIC ORDER entered granting [6] Motion to Compel. The court allows defendant's unopposed motion to compel for the reasons stated in defendant's memorandum, namely, that to the extent arbitrability is disputed, the arbitration agreement delegates issues of arbitrability to the arbitrator. The court will stay this case pending a ruling by the arbitrator on arbitrability. The parties are ordered to update the court within five (5) business days of any decision by the arbitrator. (RGS, law3)**

**4:23-cv-40007-RGS Notice has been electronically mailed to:**

Geoffrey W. Millsom gmillsom@apslaw.com, afontaine@apslaw.com

Brenna Anatone Force bforce@apslaw.com, afontaine@apslaw.com

Janet R. Ruggieri ruggieri@murphyrudolf.com

**4:23-cv-40007-RGS Notice will not be electronically mailed to:**

# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KEITH LOHM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 20-1504 |
| v. | ) | Judge Nora Barry Fischer |
| | ) | |
| CITIZENS SECURITIES, INC., and, | ) | |
| CITIZENS BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 11th day of December, 2020, upon consideration of Defendants Citizens Securities, Inc. and Citizens Bank, N.A.'s Motion to Compel Arbitration, (Docket No. 7), their Memorandum of Law in Support, (Docket No. 8), Plaintiff Keith Lohm's Complaint, (Docket No. 1-2), the agreements containing arbitration clauses, i.e., FINRA Form U-4 Uniform Application for Securities Industry Registration of Transfer ("U-4"), and the Mutual Agreement to Arbitrate Employment-Related Disputes, (the "Mutual Arbitration Agreement"), and Plaintiff having failed to respond to such motions by the November 10, 2020 deadline established in the Order of October 20, 2020, (Docket No. 9), or by the date of this Order, which is now 30 days beyond the deadline, and further considering the liberal federal policy favoring arbitration agreements set forth in the Federal Arbitration Act, 9, U.S.C. § 1, *et. seq.*, *Quilloin v. Tenet HealthSystem Phila., Inc*. 673 F.3d 221, 228 (3d Cir. 2012) (quotation omitted), and the Court finding that Defendants have established both that there are valid arbitration agreements between Plaintiff and Citizens Securities, Inc. and Citizens Bank, N.A., and that his claims fall within the scope of those agreements, *see Flintkote Co. v. Aviva PLC*, 769 F.3d 215, 220 (3d Cir. 2014) (quotation omitted) (courts engage in two-step inquiry on motion to compel arbitration "(1) whether there is a valid

agreement to arbitrate between the parties, and, if so (2) whether the merits-based dispute in question falls within the scope of that valid agreement"),

IT IS HEREBY ORDERED that Defendants' Motion [7] is GRANTED;

IT IS FURTHER ORDERED that Plaintiff's claims against Defendant Citizens Securities, Inc. are referred to FINRA arbitration in accordance with the parties' U-4 agreement;

IT IS FURTHER ORDERED that Plaintiff's class against Defendant Citizens Bank, N.A. are referred to AAA arbitration in accordance with the parties' Mutual Agreement to Arbitrate; and,

IT IS FURTHER ORDERED that Plaintiff's claims are STAYED pending the parties' completion of arbitration and that the Clerk of Court shall mark this case administratively CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.