**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DIANA J. LIOTT, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 2:26-cv-02729-KSM |
| CITIZENS BANK, N.A. | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW this ______ day of ________________________, 2026, upon consideration of Defendant Citizens Bank, N.A.'s ("Defendant") Motion to Compel Arbitration and Stay Action, and any opposition thereto, is hereby **ORDERED** as follows:

1. Defendant's Motion is **GRANTED**;
2. All claims against Defendant in this action are hereby compelled to arbitration, to be conducted with the terms of the applicable Mutual Agreement to Arbitrate Employment-Related Disputes entered into by Plaintiff Diana J. Liott; and
3. The above-captioned action is **STAYED** during the pendency of these arbitration proceedings.

BY THE COURT:

______________________________________
The Honorable Karen S. Marston, U.S.D.J.