**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DIANA J. LIOTT,**<br>Plaintiff,<br>*v.*<br>**CITIZENS BANK, N.A.**<br>Defendant. | **CIVIL ACTION**<br>**NO. 26-2729-KSM** |

**ORDER**

**AND NOW**, this 12th day of August, 2026, upon consideration of Defendant's Motion to Compel Arbitration and Stay Proceedings (Doc. No. 8), it is **ORDERED** that Plaintiff must notify the Court as to her position on this Motion by close of business on **August 13, 2026**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.