# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DIANA LIOTT,**
**Plaintiff,**

**v.**

**CITIZENS BANK, N.A., et al.,**
**Defendants.**

**Civil Action No. 2:26-cv-02729-KSM**

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

I, Plaintiff, currently proceeding pro se, respectfully submit this Response to Defendant's Motion to Compel Arbitration.

I, Plaintiff, will honor the original arbitration agreement to the extent the Court determines that the actual agreement requires arbitration, and do not currently consent to additional provisions that were not part of that original agreement.

I, Plaintiff, wish to clarify that I am not opposed to arbitration to the extent that a valid and enforceable arbitration agreement requires the claims asserted in this action to be arbitrated.

I, Plaintiff, respectfully request that the Court preserve all rights and remedies available to the Plaintiff under the applicable laws and under the enforceable arbitration agreement, including any rights concerning damages and other relief.

I, Plaintiff, submit this response in good faith and with the intention of complying with any valid arbitration obligation while protecting against the unintended waiver or limitation of rights that I, Plaintiff, did not knowingly and voluntarily surrender.

Respectfully submitted,

Diana Liott
Plaintiff, Pro Se

2555 Old Trevose Rd, Apt L5
Trevose, PA 19053
diana.liott@gmail.com

Date: August 13, 2026