**Name:**

**Diana Liott**

**Email Address:**

**diana.liott@gmail.com**

**Phone Number**

**2677519767**

**Are you filing a new case?**

**No, I'm not filing a new case.**

**Case Caption**

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

**Case Number**

**26-cv-02729-KSM**

**Description of Document(s)**

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

**Do you have a mailing address?**

**Yes**

**Mailing Address Line 1**

**2555 Old Trevose Rd**

**Mailing Address Line 2**

**L5**

**City:**

**Trevose**

**State:**

**PA**

**Zip Code:**

**19053**

**Terms of Submission**

**Yes**

Show empty values