**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DIANA J. LIOTT**, <br> **Plaintiff** <br> **v.** <br> **CITIZENS BANK, N.A.,** <br> **Defendant.** | **CIVIL ACTION** <br> **No. 26-cv-2729** |

## ORDER

**AND NOW**, this 17th day of August, 2026, it is **ORDERED** that the Court will hold an in-person **STATUS HEARING on Tuesday, September 1, 2026 at 1:30 p.m.** in Courtroom 16B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19106. Plaintiff, Diana J. Liott, and Lead Counsel for Defendant shall attend the hearing.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.