**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DIANA J. LIOTT**,<br><br>**Plaintiff**<br><br>**v.**<br><br>**CITIZENS BANK, N.A.,**<br><br>**Defendant.** | **CIVIL ACTION**<br><br>**No. 26-cv-2729** |

## AMENDED ORDER

**AND NOW**, this 24th day of August, 2026, it is **ORDERED** that the Court's will hold an in-person **STATUS HEARING on Thursday, September 10, 2026 at 11:30 a.m.** in Courtroom 16B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, 19106.[1] Plaintiff, Diana J. Liott, and Lead Counsel for Defendant shall attend the hearing.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

KAREN SPENCER MARSTON, J.

[1] The Court previously scheduled a Status Hearing for September 1, 2026 at 1:30 p.m. (Doc. No. 11) which is now cancelled.